

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 4:19CR 45 |
| | ) | |
| v. | ) | 18 U.S.C. § 2250 |
| | ) | Failure to Register and Update a Sex |
| | ) | Offender Registration |
| GERALD T. CROWELL | ) | (Count 1) |
| | ) | |
| | ) | |
| | ) | |

## INDICTMENT

May 2019 Term - At Newport News, Virginia

## COUNT ONE

THE GRAND JURY CHARGES THAT:

That from on or about June 1, 2018, to on or about February 15, 2019, in the Eastern District of Virginia and elsewhere, GERALD T. CROWELL, the defendant herein, being required to register under the Sex Offender Registration and Notification Act, and having traveled in interstate or foreign commerce, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act.

(In violation of Title 18, United States Code, Section 2250.)

1

... to the E-Government Act,
... this page has been filed
... in the Clerk's Office

UNITED STATES v. GERALD T. CROWELL
Criminal No. : 4:19cr_ 45

A TRUE BILL:

REDACTED COPY

_____

FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

Lisa R. McKeel
Assistant United States Attorney

Christina L. Taylor
Special Assistant United States Attorney

2